Order issued September _14_, 2012



In The
# Court of Appeals
## Fifth District of Texas at Dallas

---

No. 05-11-00193-CV

---

**MICHAEL MILLER, Appellant**

**V.**

**KARL CARTER AND CLIFFORD CARTER, INDIVIDUALLY AND D/B/A/ CLIFFORD CARTER CONSTRUCTION, Appellees**

---

## ORDER

---

Before the Court is appellant's unopposed motion for enlargement of time to file motion for rehearing, which was filed on September 12, 2012. The motion is **GRANTED.** The time for appellant to file a motion for rehearing is extended until September 21, 2012.

JIM MOSELEY
JUSTICE